**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00200-CV**
_____

**IN THE INTEREST OF M.M. AND S.U.**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1105150**

**MEMORANDUM OPINION**

On May 22, 2019, the trial court signed an order in this suit affecting the parent-child relationship. Appellant filed a notice of appeal but failed to file a brief. On December 2, 2019, we notified the parties that the appellant's brief was past due and warned that if the brief and a motion for extension of time were not filed, the case would be submitted to the Court on the record alone. The Clerk also notified the parties that submission without briefs could result in dismissal of the appeal for want of prosecution. On December 13, 2019, we notified the parties that the appeal would be submitted to the Court on the record alone on January 3, 2020.

1

The Clerk has provided notice to the appellant that the appeal could be dismissed for want of prosecution for failure to comply with the Court's direction. Appellant has failed to comply with the Court's instruction to prosecute the appeal. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 3, 2020
Opinion Delivered January 16, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.

2